IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHIRLEY HALL, )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　)<br>BOARD OF COUNTY COMMISSIONERS )<br>FOR FORD COUNTY, KANSAS, )<br>　　　　　　Defendant. )<br>_____) | Case No.05-2298-KHV |

**JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE**

NOW ON THIS 21st day of December, 2005, the above-captioned matter comes on for hearing on the joint motion of the parties to dismiss this action with prejudice.

THE COURT, after examining the file and being duly advised in all matters, finds that the parties have settled their differences and that all claims asserted herein or that could have been asserted herein should be dismissed.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED that all causes of action, whether asserted herein or not, in the above-captioned matter be dismissed with prejudice and that each party in the action bear its own costs.

BY THE COURT IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　s/ Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

APPROVED:

WATKINS CALCARA, CHTD.
1321 Main, Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231
Attorneys for Defendant

s/ Allen G. Glendenning
      Allen G. Glendenning, # 12187


Barry Grissom
7270 W. 98th Terrace
Building 7, Suite 220
Overland Park, KS  66212
Attorney for Shirley Hall

s/ Barry R. Grissom
      Barry R. Grissom, #10866